### 18507. HESTER v. THE STATE.

BROYLES, C. J. The bill of exceptions in this case, not having been signed by the plaintiff in error or his attorney, must be dismissed. The indorsement of the name of the attorney on the back of the bill of exceptions is not a signing within the meaning of the statute. *Brand v. Garrett*, 62 *Ga.* 165.

*Writ of error dismissed. Luke and Bloodworth, JJ., concur.*

DECIDED DECEMBER 13, 1927.

Writ of error; from Laurens superior court.

*W. A. Dampier,* for plaintiff in error.

*Fred Kea, solicitor-general,* contra.

Appeal and Error, 4 C. J. p. 223, n. 35.